**Willie LUTON, Appellant,**

v.

**The STATE of Florida, Appellee.**

**No. 3D16–1487.**

District Court of Appeal of Florida, Third District.

Nov. 16, 2016.

Willie Luton, in proper person.

Pamela Jo Bondi, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before SUAREZ, C.J., and ROTHENBERG and LOGUE, JJ.

PER CURIAM.

Affirmed. *See King v. State,* 990 So.2d 1191 (Fla. 5th DCA 2008).